IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-301-FDW-DCK

JULIANN MILICH EMERY,

    Plaintiff,

v.

BI-LO, LLC and TUONG DAI NGUYEN, M.D.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning William H. Foster, filed June 28, 2011. Mr. Foster seeks to appear as counsel *pro hac vice* for Defendant Bi-Lo, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Foster is admitted to appear before this court *pro hac vice* on behalf of Defendant Bi-Lo, LLC.

Signed: June 28, 2011

David C. Keesler
United States Magistrate Judge