IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-CV-301

| | |
|---|---|
| JULIANN MILICH EMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BI-LO, LLC and TUONG DAI ) | |
| NGUYEN, M.D., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court *sua spont* regarding the status of the case. The Court has been advised through correspondence from Kenneth P. Carlson, Jr., who conducted a mediation in this matter, that the parties have settled all matters in controversy among them. (Doc. No. 13). Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within seven (7) calendar days hereof. There are no pending motions in the case and all deadlines are TERMINATED. The trial set for docket call on Monday May 14, 2012 shall be removed from the Court's calendar. The parties are directed to file their Stipulation of Dismissal on or before <u>March 26, 2012</u>.

IT IS SO ORDERED.

Signed: March 19, 2012

Frank D. Whitney
United States District Judge